UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Anor Burnside Jr.            Docket No. 5:07-CR-46-4D

### Petition for Action on Supervised Release

COMES NOW Lee Holmes, Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Anor Burnside Jr., who upon an earlier plea of guilty to 21 U.S.C. §846, Conspiracy to Distribute and to Possess With the Intent to Distribute More Than 5 Kilograms of Cocaine and More Than 100 Kilograms of Marijuana and 18 U.S.C. §924(c)(1)(A), Possession of Firearms During and in Relation to a Drug Trafficking Crime, was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge on January 30, 2008, to the custody of the Bureau of Prisons for a term of 108 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Anor Burnside Jr. was released from custody on January 2, 2015, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On November 19, 2015, the defendant was charged with Driving While Impaired and Failure to Maintain Lane Control by the State Highway Patrol in Cumberland County, North Carolina. Prior to these pending charges there have not been any violations during the defendant's period of supervised release. The defendant successfully completed the Surprise Urinalysis Program and is employed part-time at Little Cesar's Pizza. Additionally, he is enrolled in Fayetteville Technical Community College's barber certification program.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,           I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

/s/ Lee Holmes
Lee Holmes
Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: 910-354-2568
Executed On: December 1, 2015

Anor Burnside Jr.
Docket No. 5:07-CR-46-4D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___4___ day of ___December___, 2015 and ordered filed and made a part of the records in the above case.

_____/s/ James Dever_____
James C. Dever III
Chief U.S. District Judge