# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.                     Crim. No. 5:07-CR-46-4D

ANOR BURNSIDE JR.

On January 02, 2015, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                 I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith                     /s/ Lee Holmes
Eddie J. Smith                         Lee Holmes
Supervising U.S. Probation Officer       Probation Officer
                                           150 Rowan Street Suite 110
                                           Fayetteville, NC 28301
                                           Phone: 910-354-2568
                                           Executed On: May 09, 2018

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___11___ day of __May_____, 2018.

                                                                   James C. Dever III
                                                                   Chief U.S. District Judge